IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTO ESCARENO SANCHEZ, <br><br> Defendant. | CR 20–36–M–DLC <br><br><br><br> ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 34.) Mr. Escareno-Sanchez has been adjudged guilty of one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1). (Doc. 38.) As such, there is a factual basis and cause to issue a forfeiture order under 18 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that Mr. Escareno-Sanchez's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d):

- $14,256.00 in U.S. Currency;

- One Springfield Armory XP-.40 Cal pistol; and

- One Sig Sauer 22LR pistol.

IT IS FURTHER ORDERED that the Department of Homeland Security, the United States Marshals Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will convert this order to a final order of forfeiture at sentencing and incorporate it into the final judgment.

DATED this 19th day of March, 2021.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court