IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–36–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ALBERTO ESCARENO-SANCHEZ, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture. (Doc. 46.) After reviewing the motion and supporting brief (Docs. 46, 47), the Court enters the following FINDINGS:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on March 19, 2021. (Doc. 39.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 42.)

4. Cause appears to issue a forfeiture order for the money listed within this Order, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

1

Accordingly, IT IS ORDERED that:

1. The motion (Doc. 46) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party:

- $14,256.00 in U.S. Currency;
- One Springfield Armory XP-.40 Cal pistol; and
- One Sig Sauer 22LR pistol.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of July, 2021.

*[Signature]*

Dana L. Christensen, District Judge
United States District Court